# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MACK and NAIJA MACK,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08271-JAK-MRWx<br><br>[Assigned to Hon. John A. Krondstadt]<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF DATE OF JULY 2, 2018** |

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the non-expert discovery cut-off date be continued for 60 days, or to a date convenient for the Court's calendar.

The new date to complete non-expert discovery is _____.

**IT IS SO ORDERED**.

DATED: July ____, 2018        By: _____
                                                  Hon. John A. Krondstadt

1

[PROPOSED] ORDER

219903091